UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA IREDIA-ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>BAKER RESIDENTIAL ACADEMIC PROGRAM UNIVERSITY OF CAL., et al.,<br><br>Defendants. | No. 2:17-cv-00843 MCE CKD<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On May 4, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2017 (ECF No. 7), are ADOPTED IN FULL; and

2. Plaintiff's motion for temporary restraining order (ECF No. 5) is DENIED.

IT IS SO ORDERED.

Dated: June 23, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE